# EXHIBIT A

# **Exhibit A**

| Title of Work | Registration No. | Date Registered | URL |
|---|---|---|---|
| A Unicorn Is You | n/a | n/a | Hot Topic |
| AcciDEADtal Selfie | VA0002160168 | 43629 | https://www.hottopic.com/product/accidental-front-camera-t-shirt-by-hillary- |
| Adopt A Shelter Seal | VA0002204518 | 43964 | https://www.iwantoneofthose.com/clothing/threadless-adopt-a-shelter-seal-hoodie-white/15356989.html |
| Ain't Rootin' Just Tootin' | VA0002367709 | 45191 | https://www.pinterest.com/pin/funny-artwork--264656915603893704/ |
| Air Biscuits | VA0002260329 | 44378 | https://www.kohls.com/product/prd-6913168/juniors-air-biscuits-graphic-tee.jsp |
| Always Silly | n/a | n/a | https://www.hottopic.com/product/clowns-are-silly-ringer-t-shirt-by-hillary- |
| Basement Of The Damned | VA0002164155 | 43610 | https://www.hottopic.com/product/basement-of-the-damned-t-shirt-by-hillary- |
| Bathe Atop A Mountain Of Skulls | VA0002169059 | 43671 | https://www.hottopic.com/product/i-bathe-atop-a-mountain-of-skulls-t-shirt-by- |
| Be You | VA0002199081 | 43895 | Buffalo Silver, Spencers, Hot Topic |
| Beach Bod | VA0002145683 | 43549 | https://www.kohls.com/product/prd-6913637/mens-colab89-by-threadless- |
| Beach U Is Fine | n/a | n/a | https://www.kohls.com/product/prd-6910482/juniors-beach-u-is-fine-graphic-tee.jsp |
| Black Magic | VA0002179483 | 43761 | https://pyramidinternational.com/products/pts00575s  https://www.hottopic.com/product/black-magic-t-shirt-by-hillary- |
| Body Surfer | VA0002164802 | 43587 | https://www.hottopic.com/product/surfing-vampire-tank-top-by-hillary-white- |
| Box Of Gold | VA0002197088 | 43882 | https://www.pinterest.com/pin/holiday-designs--264656915592924158/ |
| Bury Me With My Cats | VA0002145673 | 43543 | https://www.hottopic.com/product/bury-me-with-my-cats-t-shirt-by-hillary- |
| Butterfly Knife | n/a | n/a | Spencer's |
| Cat Anatomy | n/a | n/a | https://pyramidinternational.com/products/pts00577s |
| Cool Boi | VA0002185640 | 43816 | https://www.pinterest.com/pin/animals--264656915601237092/ |
| Coven Of Trash Witches | VA0002163988 | 43689 | Kohl's |
| D.I.P. | VA0002145688 | 43551 | Urban Outfitters |
| Deercula | VA0002185747 | 43814 | Hot Topic |
| Doggo Lantern | VA0002164102 | 43660 | Hot Topic, Kohl's |
| Fabulous Summer | VA0002263102 | 44393 | https://pyramidinternational.com/products/pts00568s |
| Field Guide To Chaos | VA0002264368 | 44406 | Hot Topic |
| Four Dolphin Palm Tree | VA0002338151 | 44946 | https://www.kohls.com/product/prd-6913638/mens-colab89-by-threadless-four- |
| Four Horsemittens Of The Meowpocalypse | n/a | n/a | Urban Outfitters |
| Garbage Of The Damned | VA0002145677 | 43549 | https://www.hottopic.com/product/garbage-raccoons-boyfriend-fit-girls-t-shirt- |
| Girl Reaper | VA0002145664 | 43549 | https://www.hottopic.com/product/slay-girl-slay-t-shirt-by-hillary- |
| Give Us Our Daily Trash | VA0002266820 | 44431 | https://pyramidinternational.com/products/pts00569s |
| Glory To The Darkness | VA0002295962 | 44665 | https://www.pinterest.com/pin/funny-artwork--264656915593110047/ |
| Going Straight To Hell | VA0002145024 | 43526 | https://www.hottopic.com/product/going-straight-to-hell-t-shirt/11960339.html |
| Halloween Hangover | n/a | n/a | Hot Topic |
| Hamberder | n/a | n/a | https://www.pinterest.com/pin/foodie--264656915588609953/ |
| Heckin' Wolfcorns | VA0002246167 | 44291 | Kohl's |
| Hell Is Full Of Cats | VA0002186706 | 43837 | https://www.hottopic.com/product/hell-is-full-of-cats-t-shirt-by-hillary-white- |
| Here To Cause Trouble | VA0002256256 | 44355 | https://pyramidinternational.com/products/pts00576s |
| Honk If You're Clowny | n/a | n/a | https://www.pinterest.com/pin/funny-artwork--264656915610077079/ |
| House Panther | VA0002179551 | 43786 | https://pyramidinternational.com/products/pts00574s |
| How To Boop The Snoot | n/a | n/a | https://us.shein.com/Nearly-There-How-To-Boop-The-Snoot-Graphic-Cotton- |
| How To Command The Dead | VA0002164797 | 43587 | https://www.hottopic.com/product/how-to-command-the-dead-t-shirt-by-hillary- |
| I Delight In My Own Filth | VA0002207953 | 43977 | https://us.shein.com/Nearly-There-I-Delight-In-My-Own-Filth-Graphic-Ladies-Cotton-T-Shirt-p-35251219.html  https://us.shein.com/Nearly-There-I-Delight-In-My-Own-Filth-Graphic-Cotton- |
| I Love Halloween | VA0002227836 | 44128 | Kohl's |
| I've Got Rainbows & Ponies | VA0002163725 | 43688 | Hot Topic |
| Internet Detective | VA0002164152 | 43610 | https://www.spencersonline.com/product/internet-detective-t-shirt-hillary-white-rabbit/270200.uts |
| Into Duck Stuff | VA0002435522 | 45715 | https://www.pinterest.com/pin/264656915613354042/ |
| It Has Pockets | VA0002145020 | 43526 | https://www.hottopic.com/product/it-has-pockets-t-shirt-by-hillary- |
| It's OK To Be Meh | n/a | n/a | https://us.shein.com/Nearly-There-It-S-Ok-To-Be-Meh-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35283890.html |
| Kitten Wizard | VA0002195893 | 43896 | https://www.hottopic.com/product/kitten-wizard-8-bit-cat-black-t-shirt/13415784.html |
| Life Choices | VA0002164790 | 43600 | https://www.hottopic.com/product/life-choices-t-shirt-by-hillary- |
| Lil' Lucy | VA0002145150 | 43610 | https://www.hottopic.com/product/see-you-in-heck-ringer-t-shirt/12042186.html |
| Listen To Christmas Music | VA0002180612 | 43727 | Walmart |
| Look At My Skulls | VA0002186667 | 43831 | https://www.hottopic.com/product/neat-skulls-t-shirt-by-hillary-white- |
| Love Yourself | VA0002264359 | 44404 | https://pyramidinternational.com/products/pts00570s |
| Mail, Satan | n/a | n/a | https://www.hottopic.com/product/mail-satan-t-shirt/13724997.html  https://www.pinterest.com/pin/264656915588604986/ |
| Metal Animals (Listen To Metal) | VA0002145676 | 43549 | https://www.hottopic.com/product/metal-animals-t-shirt/14506909.html |
| Missed You Satan | VA0002145128 | 43534 | Hot Topic |
| More Dilly, Less Dally | VA0002405929 | 45410 | https://www.pinterest.com/pin/264656915611302145/ |
| Mother | VA0002164158 | 43565 | https://www.hottopic.com/product/mother-t-shirt-by-hillary- |
| Move Witch | n/a | n/a | Hot Topic |
| My Eyes Are Up Here | VA0002145132 | 43526 | Hot Topic |
| My First Kitten | VA0002164116 | 43660 | Hot Topic |
| Nightmare, Don't Care | VA0002197542 | 43909 | https://pyramidinternational.com/products/pts00573s |
| Not Like Other Girls | VA0002224488 | 44108 | https://www.kohls.com/product/prd-6913166/juniors-not-like-other-girls-graphic- |
| Off To Wreak Havoc | VA0002292313 | 44608 | https://www.pinterest.com/pin/animals--264656915601639692/ |
| OMG Do I Die | VA0002187459 | 43842 | Hot Topic |
| One Cat Short Of Crazy | n/a | n/a | Hot Topic |
| Overalls | n/a | n/a | https://www.kohls.com/product/prd-6913614/mens-colab89-by-threadless- |
| Pestilence | VA0002145670 | 43557 | https://www.hottopic.com/product/pestilence-t-shirt-by-hillary- |
| Power Nap | VA0002145131 | 43534 | https://www.hottopic.com/product/power-nap-tie-dye-t-shirt-by-hillary-white- |
| Princess of Feral Cats | VA0002205000 | 43962 | https://www.iwantoneofthose.com/clothing/threadless-x-iwoot-princess-of-feral- |
| Rest In Peace | VA0002179528 | 43778 | Marshall's/TJ Maxx |
| Retro Werewolf | VA0002271862 | 44453 | https://pyramidinternational.com/products/pts00572s |
| Rose-Colored Lenses | VA0002145684 | 43549 | https://us.shein.com/Nearly-There-Rose-Colored-Lenses-Graphic-Ladies-Cotton-T-Shirt-p-35266662.html |
| Satan Controlling The Universe | VA0002197589 | 43907 | https://www.hottopic.com/product/the-devil-controls-the-universe-tie-dye-t- |
| Satan Returns | n/a | n/a | https://www.hottopic.com/product/satan-returns-ringer-t-shirt-by-hillary- |
| Scary Skeleton | VA0002179259 | 43735 | https://www.hottopic.com/product/scary-skeleton-t-shirt-by-hillary- |

1

Exhibit A to Complaint

| | | | |
|---|---|---|---|
| Sitting | n/a | n/a | https://us.shein.com/Nearly-There-Sitting-Graphic-Ladies-Cotton-T-Shirt-p- |
| Skulls And Kittens | VA0002145685 | 43549 | https://us.shein.com/Nearly-There-Skulls-And-Kittens-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249450.html |
| Skylish | VA0002222944 | 44085 | https://us.shein.com/Nearly-There-Skylish-Graphic-Ladies-Cotton-T-Shirt-p-35243627.html |
| Slothing Guard | n/a | n/a | https://us.shein.com/Tween-Boy-Nearly-There-Slothing-Guard-Kids-Graphic- |
| Smelly Rainbows | VA0002212268 | 44021 | https://us.shein.com/Nearly-There-Smelly-Rainbows-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249558.html |
| So Radical | VA0002145138 | 43534 | https://us.shein.com/Nearly-There-So-Radical-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35243696.html |
| Squad Goals - Pets | VA0002164108 | 43660 | https://www.hottopic.com/product/squad-goals-ringer-t-shirt-by-hillary-white/12360994.html  https://www.amazon.com/-/es/Camiseta-Squad-Goals-Ringer-Hillary/dp/B07ZDMJ2XR |
| Squad Goals: Cryptids | n/a | n/a | https://us.shein.com/Nearly-There-Squad-Goals-Cryptids-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249069.html |
| Strange Wolf | VA0002164793 | 43587 | https://us.shein.com/Nearly-There-Strange-Wolf-Graphic-Ladies-Cotton-T-Shirt-p-35250914.html |
| Strawberrycorn | VA0002327583 | 44871 | Kohl's |
| Street Cats | VA0002145686 | 43551 | https://winnietoonie.threadless.com/designs/support-your-local-street-cats-panda-racoon-opossum-trash-foumart/mens/t-shirt/classic?variation=front&color=white |
| Street Dogs | VA0002160165 | 43629 | https://us.shein.com/Nearly-There-Street-Dogs-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249108.html |
| Street Turtles | VA0002179488 | 43776 | https://us.shein.com/Nearly-There-Street-Turtles-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35243688.html |
| Summer Forever | VA0002163983 | 43636 | https://us.shein.com/Nearly-There-Summer-Forever-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35256364.html |
| Summer Vibes (Dumpster Fire) | VA0002163979 | 43668 | Urban Outfitters |
| Swamp Thing | n/a | n/a | https://www.pinterest.com/pin/264656915594648620/ |
| The Bodacious Period | VA0002137577 | 43286 | https://us.shein.com/Nearly-There-The-Bodacious-Period-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249401.html  https://us.shein.com/Nearly-There-The-Bodacious-Period-Graphic-Ladies-Cotton-T-Shirt-p-35238154.html  https://www.pinterest.com/pin/find-your-next-weirdly-funny-tshirt-in-2024-- |
| The Future That Cats Want | VA0002145127 | 43534 | https://www.hottopic.com/product/the-future-that-cats-want-t-shirt/13335496.html  https://www.hottopic.com/product/the-future-that-cats-want-t-shirt/13335478.html  https://www.hottopic.com/product/the-future-that-cats-want-t-shirt/13335469.html |
| The Sloth Life | VA0002272945 | 44488 | https://www.kohls.com/product/prd-6913641/mens-colab89-by-threadless-the- |
| Time To Bounce | n/a | n/a | https://us.shein.com/Nearly-There-Time-To-Bounce-Graphic-Ladies-Cotton-T- |
| Time To Poop | n/a | n/a | https://us.shein.com/Nearly-There-Time-To-Poop-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249169.html |
| Toadally Rad | VA0002185682 | 43815 | https://www.kohls.com/product/prd-6913613/mens-colab89-by-threadless-toadally-rad-graphic-tee.jsp  https://us.shein.com/Nearly-There-Toadally-Rad-Graphic-Ladies-Cotton-T-Shirt-p |
| Toe Bean Control System | VA0002235585 | 44171 | https://www.hottopic.com/product/toe-bean-control-system-t-shirt-by-hillary- |
| Too Many Cats | n/a | n/a | https://us.shein.com/Nearly-There-Too-Many-Cats-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249278.html  https://us.shein.com/Nearly-There-Too-Many-Cats-Graphic-Ladies-Cotton-T- |
| Too Tired To Coffin | VA0002206916 | 43981 | https://www.hottopic.com/product/too-tired-to-coffin-t-shirt-by-hillary-white-rabbit/14506494.html |
| TOTally Awesome | n/a | n/a | https://us.shein.com/Nearly-There-Totally-Awesome-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249112.html |
| Totally Bare Don't Care | VA0002185651 | 43816 | https://us.shein.com/Nearly-There-Totally-Bare-Don-T-Care-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35243687.html |
| Totally ExeCUTE | VA0002277510 | 44481 | https://pyramidinternational.com/products/pts00571s |
| Touched By Satan | VA0002164148 | 43614 | https://www.hottopic.com/product/touched-by-satan-t-shirt-by-hillary- |
| Trash The Halls | VA0002227821 | 44143 | https://www.spencersonline.com/product/trash-the-halls-possum-t-shirt-hillary-white/266926.uts |
| Trashed | n/a | n/a | https://us.shein.com/Nearly-There-Trashed-Graphic-Cotton-Short-Sleeve-T-Shirt- |
| Trashy Buckaroo | VA0002295963 | 44634 | https://www.kohls.com/product/prd-6685510/juniors-trashy-buckaroo-graphic- |
| Trick Or Christmas | n/a | n/a | https://us.shein.com/Nearly-There-Trick-Or-Christmas-Unisex-Graphic-Cotton-Pullover-Sweatshirt-p-44935507.html  https://us.shein.com/Nearly-There-Trick-Or-Christmas-Unisex-Graphic-Cotton- |
| Two Wolves On Their Phones | VA0002352774 | 45063 | https://www.kohls.com/product/prd-6913634/mens-colab89-by-threadless-two- |
| Warrior Of The '80s | n/a | n/a | https://us.shein.com/Nearly-There-Warrior-Of-The-80S-Graphic-Cotton-Short- |
| Watch Me Glimmer | n/a | n/a | Buffalo Silver, Spencers, Hot Topic |
| Welcome To The Comment Section | n/a | n/a | https://www.hottopic.com/product/welcome-to-the-comment-section-t-shirt-by- |
| Witch Slap | VA0002233641 | 44218 | https://www.hottopic.com/product/witch-slap-t-shirt-by-hillary-white/12360972.html |
| Wolf Beach | VA0002145134 | 43512 | https://us.shein.com/Nearly-There-Wolf-Beach-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249415.html |
| Wolf Laser | n/a | n/a | https://us.shein.com/Nearly-There-Wolf-Laser-Graphic-Ladies-Cotton-T-Shirt-p- |
| Wolfcorn | n/a | n/a | https://us.shein.com/Nearly-There-Wolfcorn-Graphic-Ladies-Cotton-T-Shirt-p-35240001.html |
| Woof | VA0002172456 | 43703 | https://us.shein.com/Nearly-There-Woof-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35242430.html |
| Woolly AF | n/a | n/a | https://us.shein.com/Nearly-There-Woolly-Graphic-Ladies-Cotton-T-Shirt-p- |
| You Are Out Of Pizza | n/a | n/a | https://us.shein.com/Nearly-There-You-Are-Out-Of-Pizza-Graphic-Cotton-Short- |

2

Exhibit A to Complaint