# EXHIBIT B

**Exhibit B**



https://us.shein.com/Nearly-There-The-Bodacious-Period-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249401.html



https://winnietoonie.threadless.com/designs/support-your-local-street-cats-panda-racoon-opossum-trash-foumart/mens/t-shirt/classic?variation=front&color=white



https://us.shein.com/Nearly-There-I-Delight-In-My-Own-Filth-Graphic-Ladies-Cotton-T-Shirt-p-35251219.html

1



https://us.shein.com/Nearly-There-Wolfcorn-Graphic-Ladies-Cotton-T-Shirt-p-35240001.html



https://us.shein.com/Nearly-There-Totally-Awesome-Graphic-Cotton-Short-Sleeve-T-Shirt-p-35249112.html



https://us.shein.com/Nearly-There-Trick-Or-Christmas-Unisex-Graphic-Cotton-Pullover-Sweatshirt-p-44935507.html

2



https://www.hottopic.com/product/mother-t-shirt-by-hillary-white/12360895.html



https://www.hottopic.com/product/slay-girl-slay-t-shirt-by-hillary-white/12360983.html

https://www.hottopic.com/product/basement-of-the-damned-t-shirt-by-hillary-white/12796658.html

Exhibit B to Complaint



https://www.iwantoneofthose.com/clothing/threadless-x-iwoot-princess-of-feral-cats-women-s-t-shirt-white/15458037.html

Exhibit B to Complaint